In the Matter of the Transfer Tax upon the Estate of MARY S. ROBINSON, Deceased.
BURTON C. MEIGHAN, as Executor and Trustee, et al., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Robinson (Estate),* 161 App. Div. 889, affirmed.
(Argued June 1, 1914; decided June 16, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 30, 1914, which affirmed an order of the Westchester County Surrogate's Court assessing a transfer tax upon the estate of Mary S. Robinson, deceased.

*Lewis E. Carr* for appellants.

*Winfield L. Morse* and *John J. Sinnott* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.